AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Mississippi

FILED
NOV 05 2024
ARTHUR JOHNSTON
BY_____ DEPUTY

| | |
|---|---|
| United States of America<br>v.<br><br>Desmon Remond Burnett<br><br>*Defendant(s)* | Case No. 2:24-mj-00047-MTP |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  October 17, October 29, and November 4, 2024  in the county of  Lamar  in the  Southern  District of  MS, Eastern Division , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 | Possession with Intent to Distribute a Controlled Substance |

This criminal complaint is based on these facts:
See Affidavit, which is attached hereto and incorporated by reference herein.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jordan Galvin, Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 5, 2024

_____
*Judge's signature*

City and state:  Hattiesburg, Mississippi       Michael T. Parker, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

STATE OF MISSISSIPPI            )
COUNTY OF FORREST               )
SOUTHERN DISTRICT OF MISSISSIPPI )

1. I, Jordan Galvin, being first duly sworn, hereby depose and say that: I am a Task Force Officer (TFO) with the Department of Homeland Security, Homeland Security Investigations (HSI) and have been since March 2023. As An HSI TFO, I have attended training courses which provided specialized training in the elements of federal criminal law. I am currently employed by Pearl River County Sheriff's Office (PRSO) as a Narcotics Investigator. During my law enforcement employment, I have been involved in various types of criminal investigations including but not limited to homicide, burglary, and narcotics investigations. I have attended training courses that provided specialized training in improper importation and smuggling investigations. I have been involved in various types of electronic surveillance, debriefing of defendants, witnesses, and informants, and undercover operations.

2. On October 17, 2024, agents/officers with HSI Border Enforcement Security Task Force (HSI Gulfport BEST), PRSO, and the Lamar County Sheriff's Office (LCSO) utilized a confidential source (CS) to conduct a controlled purchase of approximately 113 grams of methamphetamine from Desmon BURNETT. The controlled purchase occurred at BURNETT's residence in Lumberton, Mississippi. The controlled purchase was audio and video recorded. The suspected methamphetamine was field tested and yielded a positive reaction for the presence of methamphetamine.

3. On October 29, 2024, agents/officers with HSI Gulfport BEST, PRSO, and LCSO utilized a CS to conduct a controlled purchase of approximately 172 grams of methamphetamine from BURNETT at

his residence in Lumberton. The controlled purchase was audio and video recorded. The suspected methamphetamine was field tested and yielded a positive reaction for the presence of methamphetamine.

4. On November 4, 2024, at approximately 2:00 p.m., your affiant, along with narcotics investigators from PRSO and LCSO executed a search warrant at BURNETT'S residence in Lumberton. During the execution of the search warrant, HSI Special Agent Jerry Mickel and your affiant located, in BURNETT's bedroom, an opened heat-sealed plastic bag containing suspected methamphetamine residue, a scale with suspected methamphetamine residue, and multiple unused zip loc type bags. Agents were able to determine that the bedroom belonged to BURNETT after finding mail addressed to BURNETT in the bedroom. As a result, BURNETT was arrested.

5. Your affiant believes there is probable cause to believe that BURNETT has violated Title 21, United States Code, Section 841, possession with intent to distribute methamphetamine.

_____
Jordan Galvin
Task Force Office
Homeland Security Investigations

Sworn to and subscribed before me, this, the ___5th___ day of November 2024.

_____
United States Magistrate Judge